UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.S. and I.S., individually, and on behalf of their disabled son, J.S.,

                Plaintiffs,

-against-

New York City Department of Education,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/26/2022_

22 Civ. 4097 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 23, 2022, the Court directed the parties to file a letter providing the Court with a status update by October 24, 2022. ECF No. 18. That submission is now overdue. Accordingly, by **November 1, 2022**, the parties shall file a letter providing a status update.

    SO ORDERED.

Dated: October 26, 2022
       New York, New York

                                                    ANALISA TORRES
                                            United States District Judge