UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.S. and I.S., individually,
and on behalf of their disabled son, J.S.,

                Plaintiffs,

-against-

New York City Department of Education,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2022
```

22 Civ. 4097 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 2, 2022, the Court ordered the parties to file a status update by November 14, 2022. ECF No. 21. This submission is now overdue. Accordingly, by **November 21, 2022**, the parties shall file a status update.

SO ORDERED.

Dated: November 15, 2022
      New York, New York

                                              ANALISA TORRES
                                            United States District Judge