UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.S. and I.S., individually,
and on behalf of their disabled son, J.S.,

           Plaintiffs,

-against-

New York City Department of Education,

           Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/22/2022
```

22 Civ. 4097 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 2, 2022, the Court ordered the parties to file a status update by November 14, 2022. ECF No. 21. The parties did not file a status update. On November 15, 2022, the Court ordered the parties to file a status update by November 21, 2022. ECF No. 22. The parties did not file a status update. Accordingly, by **November 28, 2022**, the parties shall file a joint status update. No further extensions shall be granted absent good cause shown.

    SO ORDERED.

Dated: November 22, 2022
       New York, New York

                                            ANALISA TORRES
                                   United States District Judge